**People of the State of Illinois, Appellee, v. Ernest Young, Appellant.**

Gen. No. 50,513. 

First District, Second Division.

April 25, 1967.

William H. Hall, of Chicago, for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Edward J. Downs, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BRYANT. Not to be published in full.